UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE LEE BRIDGEMAN,<br><br>    Petitioner,<br><br>    v.<br><br>COUNTY OF CONTRA COSTA, et al.,<br><br>    Respondent. | Case No. 20-cv-00649-JD<br><br>**ORDER OF DISMISSAL** |

This is a habeas case filed pro se by a non-prisoner. Petitioner seeks to obtain custody of her minor child. In the initial review order on February 28, 2020, the Court found that the petition was unexhausted and that there was no federal jurisdiction to litigate a state's child custody determination. Petitioner was still provided an opportunity to amend. Petitioner was provided extra time, yet the time to amend has passed and petitioner has not filed an amended petition or otherwise communicated with the Court. This case is **DISMISSED**. Petitioner is again advised to follow the appropriate county or state procedures to pursue custody. A certificate of appealability is **DENIED**.

**IT IS SO ORDERED.**

Dated: April 24, 2020

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE LEE BRIDGEMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF CONTRA COSTA, et al.,<br><br>    Defendants. | Case No. 20-cv-00649-JD<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on April 30, 2020, I WILL SERVE a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Stephanie Lee Bridgeman
2727 Horizon Court
Stockton, CA 95206


Dated: April 24, 2020

                                        Susan Y. Soong
                                        Clerk, United States District Court


                                        By: _____
                                        LISA R. CLARK, Deputy Clerk to the
                                        Honorable JAMES DONATO